## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| Charles Ntim, | : |
| | : |
| Plaintiff, | : Civil Action No.:  2:11-cv-02096-MPM -DGB |
| v. | : |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 18, 2011

Respectfully submitted,

PLAINTIFF, Charles Ntim

/s/ Tali Albukerk

Tali Albukerk, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (888) 953-6237
IL ARDC: 6283299
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Central District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  /s/ Tali Albukerk

                                          Tali Albukerk