UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____

Charles Ntim,

           Plaintiff,

  v.

Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive,

           Defendant.
_____

Civil Action No.: 2:11-cv-02096-MPM -DGB

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Portfolio Recovery Associates, L.L.C. with prejudice and without costs to any party.

| Charles Ntim | Portfolio Recovery Associates, L.L.C. |
|---|---|
| ____/s/ Tali Albukerk_____ | ____/s/ Avanti Deepak Bakane_____ |
| Tali K Albukerk, Esq.<br>LEMBERG & ASSOCIATES<br>1100 Summer Street<br>Stamford, CT 06905<br>(708) 524-1944<br>Attorney for Plaintiff | Avanti Deepak Bakane, Esq.<br>HINSHAW & CULBERTSON<br>Ste 300<br>222 N LaSalle St<br>Chicago, IL 60601-1081<br>(312) 704-3000<br>Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Central District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Tali Albukerk

      Tali Albukerk